# United States Court of Appeals
# for the Fifth Circuit

_____

No. 23-10980

_____

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

DATANYA DAMON ALEXANDER,

*Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:20-CV-1340

_____

CLERK'S OFFICE:

      Under 5TH CIR. R. 42.3, the appeal is dismissed as of November 1, 2023, for want of prosecution. The Appellant failed to timely pay the fee.

                                  LYLE W. CAYCE
                                  Clerk of the United States Court
                                  of Appeals for the Fifth Circuit

By: _____
      Lisa E. Ferrara, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

**A True Copy**
**Certified order issued Nov 01, 2023**

**Clerk, U.S. Court of Appeals, Fifth Circuit**

## *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 01, 2023

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

    No. 23-10980   USA v. Alexander
                           USDC No. 3:20-CV-1340

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Lisa E. Ferrara, Deputy Clerk
                                504-310-7675

cc w/encl:
    Mr. Datanya Damon Alexander
    Mr. Brian W. McKay